**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

---

Case Title: Essex Insurance Co. v.      Case Number: 16 CV 2580
Housecall Physicians of Illinois, SC, et al.

An appearance is hereby filed by the undersigned as attorney for:
Housecall Physicians of Illinois, S.C. d/b/a MD@Home

Attorney name (type or print): Marty J. Schwartz

Firm: Schain Banks Kenny & Schwartz

Street address: 70 W. Madison St., Suite 5300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 03124462      Telephone Number: 312.345.5700
(See item 3 in instructions)

Email Address: mschwartz@schainbanks.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                      ☐ Appointed Counsel
                                                      If appointed counsel, are you a

                                                      ☐ Federal Defender

                                                      ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/28/16

Attorney signature: S/ Marty J. Schwartz
                             (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015