IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02580 |
| | ) | |
| HOUSECALL PHYSICIANS OF | ) | Judge Andrea R. Wood |
| ILLINOIS, S.C. D/B/A MD@HOME; | ) | |
| CHARLES DEHAAN; THELMA YOUNG; | ) | |
| RAQUEL BROWN; JUDITH KOHL; | ) | |
| DEBORAH CURTIS; GERTRUDE | ) | |
| GLASPIE; DEBRA LINGELBACH; | ) | |
| BRENDA NELSON; and SUSAN BEESELY, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**
**AS TO DEFENDANT CHARLES DEHAAN**

This matter having come before the Court after the May 31, 2016 entry of default against Defendant Charles Dehaan (Dkt. 25) and upon the motion for default judgment by Plaintiff Essex Insurance Company (Dkt. 26), with due notice having been given and this Court having considered Essex Insurance Company's Motion for Default Judgment and otherwise being duly advised in the premises, IT IS HEREBY ORDERED:

1. Essex Insurance Company's motion for default judgment against Charles Dehaan is hereby GRANTED;

2. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Thelma Young against Charles Dehaan, titled *Thelma Young v. Charles Dehaan*, Case No. 15-L-5528, filed in the Cook County Circuit Court;

-2-

3. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Raquel Brown against Charles Dehaan, titled *Raquel Brown v. Charles Dehaan*, Case No. 15-L-8532, filed in the Cook County Circuit Court;

4. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Judith Kohl against Charles Dehaan, titled *Judith Kohl v. Charles Dehaan*, Case No. 15-L-8531, filed in the Cook County Circuit Court;

5. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Deborah Curtis against Charles Dehaan, titled *Deborah Curtis v. Charles Dehaan*, Case No. 14-L-12390, filed in the Cook County Circuit Court;

6. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Gertrude Glaspie against Charles Dehaan, titled *Gertrude Glaspie v. Charles Dehaan*, Case No. 14-L-12038, filed in the Cook County Circuit Court;

7. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Debra Lingelbach against Charles Dehaan, titled *Debra Lingelbach v. Charles Dehaan*, Case No. 14-L-10217, filed in the Cook County Circuit Court;

8. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Brenda Nelson against Charles Dehaan, titled *Brenda Nelson v. Charles Dehaan*, Case No. 14-L-8926, filed in the Cook County Circuit Court; and

9. This Court finds that for the reasons alleged in the Complaint for Declaratory Judgment that Essex Insurance Company has no duty to defend or indemnify Charles Dehaan under Policy MM 825507 in the lawsuit by Susan Beesely against Charles Dehaan, titled *Susan Beesely v. Charles Dehaan*, Case No. 14-L-8363, filed in the Cook County Circuit Court.

SO ORDERED this 27th day of July, 2016.

_____
Andrea R. Wood
United States District Judge