IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case no. 16 CV 2580 |
| HOUSECALL PHYSICIANS OF ILLINOIS, S.C. d/b/a MD@HOME, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

On **February 16, 2017** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Andrea Wood** in **Room 1925** at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Motion to Compel,** a copy of which is attached hereto.

Name: Schain, Banks, Kenny & Schwartz        Attorney for: Certain Defendants
Address: 70 W. Madison St., Suite 5300        City: Chicago, IL 60602
Phone: 312.345.5700                            Atty. No.: 03124462

CERTIFICATE OF SERVICE

I, Marty J. Schwartz, an attorney, certify that on February 8, 2017, I served a true and correct copy of the foregoing to the attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF) in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF and by First Class Mail on February 8, 2017 to Charles DeHaan at 1635 Hidden Creek Ln., Belvidere, IL 61008.

/s/ Marty J. Schwartz