IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 1:16-cv-02580 |
| | ) | |
| HOUSECALL PHYSICIANS OF ILLINOIS, S.C. D/B/A MD@HOME; CHARLES DEHAAN; THELMA YOUNG; RAQUEL BROWN; JUDITH KOHL; DEBORAH CURTIS; GERTRUDE GLASPIE; DEBRA LINGELBACH; BRENDA NELSON; and SUSAN BEESELY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on the Tuesday, March 14, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Andrea R. Wood, or any judge sitting in her stead, in Courtroom 1925, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present *Essex Insurance Company's Motion for Rule 11 Sanctions*, a copy of which was previously served upon you.

Dated: March 10, 2017

Respectfully submitted,

By: /s/ Anne L. Blume
One of the Attorneys for Plaintiff,
ESSEX INSURANCE COMPANY

Steven D. Pearson
Anne L. Blume
David L. Sanders
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (fax)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 10 2017, he caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court and served upon all counsel of record using the Court's CM/ECF system and to Charles DeHaan via Federal Express.

/s/ Anne L. Blume