IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case no. 16 CV 2580 |
| HOUSECALL PHYSICIANS OF ILLINOIS, S.C. d/b/a MD@HOME, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

On **March 14, 2017** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Andrea Wood** in **Room 1925** at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Housecall Physicians of Illinois, S.C.'s **Motion for Leave to File Reply Instanter,** a copy of which is attached hereto.

Name: Schain, Banks, Kenny & Schwartz
Address: 70 W. Madison St., Suite 5300
Phone: 312.345.5700

Attorney for: Housecall Physicians of Illinois
City: Chicago, IL 60602
Atty. No.: 6292277

CERTIFICATE OF SERVICE

I, Kevin A. Ameriks, an attorney, certify that on March 10, 2017, I served a true and correct copy of the foregoing to the attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF) in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF and by First Class Mail on March 13, 2017 to Charles DeHaan at 1635 Hidden Creek Ln., Belvidere, IL 61008.

/s/ Kevin A. Ameriks

<u>SERVICE LIST</u>

Jakub D. Banaszak
Law Offices of Michael J. Gravlin LLC
134 N. LaSalle St., Suite 2020
Chicago IL 60602
jbanaszak@gravlinlaw.com

Anne L. Blume
David L. Sanders
Steven D. Pearson
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago IL 60606
ablume@cozen.com
dsanders@cozen.com
spearson@cozen.com


Charles DeHaan
1635 Hidden Creek Lane
Belvidere IL 61008