IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case no. 16 CV 2580 |
| HOUSECALL PHYSICIANS OF ) | |
| ILLINOIS, dba MD@HOME, et al, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING

To:  Anne Blume  
     Steven Pearson  
     David Sanders  
     Cozen O'Connor  
     123 N. Wacker Suite 1800  
     Chicago, IL 60606  
     ablume@cozen.com  
     spearson@cozen.com  
     dsanders@cozen.com

To:  Jakub Banaszak  
     Law Office of Michael Gravlin  
     134 N. LaSalle St.  
     Suite 2020  
     Chicago, IL 60602  
     jbanaszak@gravlinlaw.com

PLEASE TAKE NOTICE that on **March 14, 2017**, I electronically filed with the Clerk of the Court

**Housecall Physicians of Illinois, S.C.'s Reply in Support of its Motion to Compel Plaintiff's Discovery**

a copy of which has been electronically mailed to you by the Court and if you are not part of the electronic filing system, has been sent by other methods as set forth in the attached Certificate of Service.

                                                            /s/ Kevin Ameriks

Marty J. Schwartz  
Kevin A. Ameriks  
Schain Banks Kenny & Schwartz  
70 W. Madison St., Suite 5300  
Chicago, IL 60602  
Tel. 312.345.5700  
Attorney No. 6292277  
kameriks@schainbanks.com

CERTIFICATE OF SERVICE

I, Kevin Ameriks, an attorney, certify that on March 14, 2017, I served a true and correct copy of the foregoing to the above-named attorneys who are registered to receive filings in this case electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

| | | | |
|---|---|---|---|
| To: | Anne Blume | To: | Jakub Banaszak |
| | Steven Pearson | | Law Office of Michael Gravlin |
| | David Sanders | | 134 N. LaSalle St. |
| | Cozen O'Connor | | Suite 2020 |
| | 123 N. Wacker Suite 1800 | | Chicago, IL 60602 |
| | Chicago, IL 60606 | | jbanaszak@gravlinlaw.com |
| | ablume@cozen.com | | |
| | spearson@cozen.com | | |
| | dsanders@cozen.com | | |

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

Further, on March 14, 2017, I caused a true copy of the foregoing to be placed for delivery via first-class U.S. mail to Charles DeHaan at 1635 Hidden Creek Lane, Belvidere IL 61008.

/s/ Kevin Ameriks