# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Essex Insurance Company

                Plaintiff,

v.                                                        Case No.: 1:16−cv−02580

                                                          Honorable Andrea R. Wood

Housecall Physicians of Illinois, S.C. d/b/a MD@Home, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, Defendant's motion for leave to file reply *instanter* [66] is granted. Defendant's motion for extension to time [62] is denied as moot. Defendant's motion to compel [46] and Plaintiff's motion for sanctions [64] are entered and continued. Status hearing set for 5/16/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.