IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 1:16-cv-02580 |
| ) | |
| HOUSECALL PHYSICIANS OF ) | |
| ILLINOIS, S.C. D/B/A MD@HOME; ) | |
| CHARLES DEHAAN; THELMA YOUNG; ) | |
| RAQUEL BROWN; JUDITH KOHL; ) | |
| DEBORAH CURTIS; GERTRUDE ) | |
| GLASPIE; DEBRA LINGELBACH; ) | |
| BRENDA NELSON; and SUSAN ) | |
| BEESELY, ) | |
| ) | |
| Defendants. ) | |

**Motion to Dismiss Pursuant to Settlement**

Plaintiff, Essex Insurance Company ("Essex"), by and through its attorneys, Anne L. Blume and David L. Sanders, brings this motion to dismiss pursuant to Fed. R. Civ. P. 41, and in support thereof, states as follows:

1. Essex initiated this lawsuit seeking a judicial declaration of its rights and obligations, if any, under a policy of insurance issued to Housecall Physicians of Illinois, S.C. d/b/a MD@Home ("Housecall Physicians") for various allegations made in several lawsuits filed by Thelma Young, Raquel Brown, Judith Kohl, Deboarah Curtis, Gertrude Glaspie, Debra Lingelbach, Brenda Nelson and Susan Beesely (the "Nominal Defendants").

2. Neither Housecall Physicians nor the Nominal Defendants filed counterclaims in this case.

3. Essex and Housecall Physicians have reached an agreement to settle and resolve their dispute and, having effectuated that settlement, Essex hereby moves for dismissal of this cause, pursuant to settlement, and each party to bear its own costs.

WHEREFORE, Essex Insurance Company respectfully requests that this Court enter and order of dismissal, with prejudice, pursuant to settlement and award such other and further relief as is just and proper.

DATED this 14th day of June, 2017.

                    Respectfully submitted,

                    /s/ Anne L. Blume
                    One of the Attorneys for Plaintiff,
                    ESSEX INSURANCE COMPANY

Anne L. Blume
David L. Sanders
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 14, 2017, she caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court and served upon all counsel of record using the Court's CM/ECF system.

/s/ Anne L. Blume

LEGAL\31034184\1