IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 1:16-cv-02580 |
| ) | |
| HOUSECALL PHYSICIANS OF ) | |
| ILLINOIS, S.C. D/B/A MD@HOME; ) | |
| CHARLES DEHAAN; THELMA YOUNG; ) | |
| RAQUEL BROWN; JUDITH KOHL; ) | |
| DEBORAH CURTIS; GERTRUDE ) | |
| GLASPIE; DEBRA LINGELBACH; ) | |
| BRENDA NELSON; and SUSAN ) | |
| BEESELY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: All Counsel of Record

    PLEASE TAKE NOTICE that on the Wednesday, June 21, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Andrea R. Wood, or any judge sitting in her stead, in Courtroom 1925, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present *Essex Insurance Company's Motion to Dismiss Pursuant to Settlement,* a copy of which is hereby served upon you.

Dated: June 14, 2017                         Respectfully submitted,

                                                     By: /s/ Anne L. Blume
                                                           One of the Attorneys for Plaintiff,
                                                           ESSEX INSURANCE COMPANY

Steven D. Pearson
Anne L. Blume
David L. Sanders
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (fax)

LEGAL\29694296\1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 14, 2017, he caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court and served upon all counsel of record using the Court's CM/ECF.

/s/ Anne L. Blume